**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Middle__ District of __Pennsylvania__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: PSN Realty, Inc.

2. **All other names debtor used in the last 8 years**: None
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 02-0650769

4. **Debtor's address**

   Principal place of business:
   201 S. Blakely Street
   Number    Street

   Dunmore   PA   18512
   City    State   ZIP Code

   Lackawanna
   County

   Mailing address, if different from principal place of business:
   same
   Number    Street

   P.O. Box

   City    State    ZIP Code

   Location of principal assets, if different from principal place of business:
   Various - see attached
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**: N/A

Debtor  **PSN Realty, Inc.** _____   Case number (if known) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. Check all that apply:
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See

   **5 3 1 1**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   Check one:
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. Check all that apply:
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor **PSN Realty, Inc.** Case number (if known) _____

13. Debtor's estimation of available funds

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. Estimated number of creditors
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

15. Estimated assets
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

16. Estimated liabilities
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06 / 06 / 2024**
MM / DD / YYYY

X *Kenneth W. Bond*
Signature of authorized representative of debtor

Printed name _____

Title **President**

Debtor **PSN Realty Inc.**   Case number (if known) _____

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
              District _____ When __/__/____ Case number _____
   If more than 2 cases, attach a separate list.

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When __/__/____
           Case number, if known _____
    List all cases. If more than 1, attach a separate list.

11. Why is the case filed in *this district*?
    Check all that apply:
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    Why does the property need immediate attention? (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☒ Other **subject to foreclosure sale Jun 7, 2024**
    
    Where is the property? **various - see attached**
                          Number   Street
    
    _____
    City                              State ZIP Code
    
    Is the property insured?
    ☒ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor: PSN Realty, Inc.

Case number (if known):

**18. Signature of attorney**

X _to conte_
Signature of attorney for debtor

Date 06 06 2024

Tullio DeLuca
Printed name

Tullio DeLuca, Esq.
Firm name

381 N. 9th Avenue
Number / Street

Scranton
City

PA
State

18504
ZIP Code

570-347-7764
Contact phone

tullio.deluca@verizon.net
Email address

N/A
Bar number

PA
State

PSN Realty, Inc.

**Balance Sheet - 12/31/23**

| | | |
|---|---:|---:|
| Cash and cash equivalents | $32,500 | |
| Receivibles - rent | 336,000 | |
| Prepaid expenses - insurance | 2,860 | |
| Total Current Assets | | 371,360 |

Property and Improvements

| | | |
|---|---:|---:|
| Land | 62,285 * | |
| Buildings | 2,458,610 ** | |
| Improvements | 106,750 | |
| Net Pproperty and Improvements | | 2,627,645 |

Other Assets

| | | |
|---|---:|---:|
| Unamoritized Mortgage Interest | 139,360 | |
| Good Will | 300,000 | |
| Equipment - autos, truck, machinery | 102,600 | |
| Total Other Assets | | 541,960 |

\* Average value per lot, 23 lots = $2,708
\*\* Average value per buidling, 22 buildings = $111,755

# PSN Realty, Inc.

## Balance Sheet - 12/31/23

Liabilities

### Current Liabilities

| | | |
|---|---|---|
| Accounts Payable | $34,200 | |
| Real Estate Taxes Payable | 137,860 | |
| Building Improvements Payable | 4,570 | |
| Short-term Investors | 50,460 | |
| Total Current Liabilities | | 227,090 |

### Long-Term Liabilities

| | | |
|---|---|---|
| Mortgages Payable | 414,500 | |
| Long-term Investors | 115,760 | |
| Security Deposits Payable | 5,400 | |
| Loans due shareholder | 989,910 | |
| Total Long-term Liabilities | | 1,525,570 |
| Total Liabilities | | 1,752,660 |

### Shareholder Equity

| | | |
|---|---|---|
| Common Stock $1.00 par value | | |
|    100 shares authorized and issued | 100 | |
| Paid-in capital in excess of par value | 2,465,135 | |
| Accumulated depreciation | -676,930 | |
| | | 1,788,305 |

Total Liabilities and Shareholder Equity     3,540,965

PSN Realty, Inc.

**Profit/Loss - 12/31/23**

|  |  |  |
|---|---:|---:|
| Rent | $340,475 | |
| Misc Sales | 1,800 | |
| | | $342,275 |
| | | |
| MCA proceeds | $45,000 | |
| Investor proceeds | 54,000 | |
| | | $99,000 |
| | | |
| Cost of Goods Sold (Materials) | 4,350 | $4,350 |

Operating Expenses

|  |  |  |
|---|---:|---:|
| Contractors | $28,760 | |
| Insurance | 11,430 | |
| Rent | 4,800 | |
| Utilities | 73,980 | |
| Telecom | 2,820 | |
| Garbage | 4,110 | |
| Lic & Fees | 1,180 | |
| | | $127,080 |

Non-Operating Expenses

|  |  |  |
|---|---:|---:|
| Rea Prop taxes | $93,745 | |
| Interest | 72,460 | |
| Mortgage Amortization | 27,670 | |
| Investor Amortizaton | 16,060 | |
| Depreciation | 45,000 | |
| Loan to MHIS | | |
| | | $292,185 |

| Total Expenses | | 419,265 |
|---|---|---:|
| **Profit (Loss)** | | $26,360 |

**PSN Realty, Inc.**     **CASH FLOW  06/01/2024**

**Revenues**

| | |
|---|---|
| Rents | $36,500 |
| Other | 4,500 |

**Total Revenues**     40,500

**Liabilities**

| | |
|---|---|
| Short-Term Loans | 3,600 |
| Long-term Loans | 8,400 |
| Mortgage | 7,500 |
| Property Taxes | 4,750 |
| Utilities | 12,300 |
| Contractors | 3,800 |
| Other Vendors | 1,650 |

**Total Liabilities**     41,700

**Profit/Loss**     -1,200

| Operating Properties | Year Acquired | Purchase Price | Year Improved | Improvement Cost | Mortgage | Current Val |
|---|---|---|---|---|---|---|
| 442-444 N. Irving | Mar-03 | 50,000 | 2003+ | 132,000 | 46,300 | 420,000 |
| 1700 Roselynn | Jun-03 | 63,000 | 2003+ | 76,000 | 46,300 | 360,000 |
| 1416 Vine | Aug-03 | 32,000 | 2003+ | 13,000 | 0 | 165,000 |
| 447 Colfax | Jun-09 | 51,000 | 2009+ | 17,000 | 0 | 315,000 |
| 1007 Taylor | Oct-08 | 84,000 | 2008+ | 14,000 | 63,700 | 220,000 |
| 732 Harrison | Apr-09 | 120,000 | 2009+ | 16,000 | 63,700 | 240,000 |
| 1708 Linden | Sep-05 | 50,000 | 2007+ | 26,000 | 0 | 190,000 |
| 1012 Clay | Aug-06 | 63,000 | 2006+ | 18,000 | 39,000 | 140,000 |
| 1024 Clay | Mar-04 | 76,000 | 2004+ | 19,000 | 39,000 | 140,000 |
| 601 Wheeler | Apr-16 | 25,000 | 2016+ | 4,000 | 0 | 280,000 |
| | | **614,000** | | **335,000** | **298,000** | **2,470,000** |

All in Scranton, PA

# Form 1120 — U.S. Corporation Income Tax Return

**Form 1120**
Department of the Treasury
Internal Revenue Service

**U.S. Corporation Income Tax Return**
For calendar year 2022 or tax year beginning _____, 2022, ending _____, 20 ___
Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2022**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name: [illegible]
Number, street, and room or suite no. If a P.O. box, see instructions: [illegible]
City or town, state or province, country, and ZIP or foreign postal code: [illegible]

**B** Employer Identification number: [illegible]
**C** Date incorporated: [illegible]
**D** Total assets (see instructions): $ [illegible]

**E Check if:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

## Income

| | | |
|---|---|---|
| 1a | Gross receipts or sales | 1a [illegible] |
| b | Returns and allowances | 1b [illegible] |
| c | Balance. Subtract line 1b from line 1a | 1c [illegible] |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 [illegible] |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 |
| 5 | Interest | 5 |
| 6 | Gross rents | 6 |
| 7 | Gross royalties | 7 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 |
| 10 | Other income (see instructions—attach statement) | 10 |
| 11 | **Total income.** Add lines 3 through 10 | 11 [illegible] |

## Deductions (See instructions for limitations on deductions.)

| | | |
|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 |
| 13 | Salaries and wages (less employment credits) | 13 |
| 14 | Repairs and maintenance | 14 |
| 15 | Bad debts | 15 |
| 16 | Rents | 16 |
| 17 | Taxes and licenses | 17 |
| 18 | Interest (see instructions) | 18 |
| 19 | Charitable contributions | 19 |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 [illegible] |
| 21 | Depletion | 21 |
| 22 | Advertising | 22 |
| 23 | Pension, profit-sharing, etc., plans | 23 |
| 24 | Employee benefit programs | 24 |
| 25 | Reserved for future use | 25 |
| 26 | Other deductions (attach statement) | 26 |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 [illegible] |
| 29a | Net operating loss deduction (see instructions) | 29a |
| b | Special deductions (Schedule C, line 24) | 29b |
| c | Add lines 29a and 29b | 29c |

## Tax, Refundable Credits, and Payments

| | | |
|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28. See instructions | 30 |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 |
| 32 | Reserved for future use | 32 |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☐ | 34 |
| 35 | Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 |
| 36 | Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 |
| 37 | Enter amount from line 36 you want: Credited to 2023 estimated tax _____ Refunded | 37 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signature]  Date: 4-14-22  Title: President

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**
Print/Type preparer's name: _____  Preparer's signature: _____  Date: _____  Check ☐ if self-employed  PTIN: _____
Firm's name: _____  Firm's EIN: _____
Firm's address: _____  Phone no.: _____

For Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 11450Q  Form 1120 (2022)

Form 1120 (2022) Page **2**

## Schedule C — Dividends, Inclusions, and Special Deductions (see instructions)

| | | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2022)

Case 5:24-bk-01417-MJC    Doc 1    Filed 06/06/24    Entered 06/06/24 15:28:34    Desc
Main Document    Page 12 of 17

## Schedule J — Tax Computation and Payment (see instructions)

### Part I—Tax Computation

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ☐ | | |
| 2 | Income tax. See instructions | | 2 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | 3 |
| 4 | Add lines 2 and 3 | | 4 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | Total credits. Add lines 5a through 5e | | 6 |
| 7 | Subtract line 6 from line 4 | | 7 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 8 |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | 9f | |
| g | Other (see instructions—attach statement) | 9g | |
| 10 | Total. Add lines 9a through 9g | | 10 |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | 11 |

### Part II—Reserved For Future Use

| | | |
|---|---|---|
| 12 | Reserved for future use | 12 |

### Part III—Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | | 13 |
| 14 | 2022 estimated tax payments | | 14 |
| 15 | 2022 refund applied for on Form 4466 | | 15 ( ) |
| 16 | Combine lines 13, 14, and 15 | | 16 |
| 17 | Tax deposited with Form 7004 | | 17 |
| 18 | Withholding (see instructions) | | 18 |
| 19 | Total payments. Add lines 16, 17, and 18 | | 19 |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement—see instructions) | 20d | |
| 21 | Total credits. Add lines 20a through 20d | | 21 |
| 22 | Reserved for future use | | 22 |
| 23 | Total payments and credits. Add lines 19 and 21. Enter here and on page 1, line 33 | | 23 |

Form **1120** (2022)

| Schedule K | Other Information (see instructions) |
|---|---|

1. Check accounting method: a ☐ Cash  b ☐ Accrual  c ☐ Other (specify) _____
2. See the instructions and enter the:

|  | | Yes | No |
|---|---|---|---|
| a | Business activity code no. _____ | | |
| b | Business activity _____ | | |
| c | Product or service _____ | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation _____ | | ✓ |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | ✓ |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | ✓ |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | ✓ |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | ✓ |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316. If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | ✓ |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: (a) Percentage owned _____ and (b) Owner's country _____ (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____ | | ✓ |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ☐ If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) _____ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ☐ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |

Form **1120** (2022)

## Schedule K  Other Information *(continued from page 4)*

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year and its total assets at the end of the tax year less than $250,000? | | ✓ |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions. If "Yes," complete and attach Schedule UTP. | | ✓ |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | ✓ | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | ✓ | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | ✓ |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | ✓ |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | ✓ |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | ✓ |
| 20 | Is the corporation operating on a cooperative basis? | | ✓ |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | ✓ |
| | If "Yes," enter the total amount of the disallowed deductions $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | ✓ |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | ✓ |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | ✓ |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . $ _____ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | ✓ |
| | Percentage: By Vote _____ By Value _____ | | |

Form **1120** (2022)

Form 1120 (2022) Page **6**

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | | | |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | | | |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

1 Net income (loss) per books . . . .
2 Federal income tax per books . . . .
3 Excess of capital losses over capital gains .
4 Income subject to tax not recorded on books this year (itemize): _____
_____
5 Expenses recorded on books this year not deducted on this return (itemize):
  a Depreciation . . . $ _____
  b Charitable contributions . $ _____
  c Travel and entertainment . $ _____
_____
6 Add lines 1 through 5 . . . . . .

7 Income recorded on books this year not included on this return (itemize):
  Tax-exempt interest $ _____
_____
_____
8 Deductions on this return not charged against book income this year (itemize):
  a Depreciation . . $ _____
  b Charitable contributions $ _____
_____
9 Add lines 7 and 8 . . . . . .
10 Income (page 1, line 28)—line 6 less line 9

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

1 Balance at beginning of year . . . .
2 Net income (loss) per books . . . .
3 Other increases (itemize): _____
_____
4 Add lines 1, 2, and 3 . . . . . .

5 Distributions: a Cash . . . .
           b Stock . . . .
           c Property . . .
6 Other decreases (itemize): _____
7 Add lines 5 and 6 . . . . . . .
8 Balance at end of year (line 4 less line 7)

Form **1120** (2022)

| Form **1125-A** | Cost of Goods Sold | |
|---|---|---|
| (Rev. November 2018) | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/Form1125A* for the latest information. | |

Name | Employer identification number

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach schedule) | 4 |
| 5 | Other costs (attach schedule) | 5 |
| 6 | **Total.** Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 |

9a Check all methods used for valuing closing inventory:
   (i) ☐ Cost
   (ii) ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ▶ ------
 b Check if there was a writedown of subnormal goods
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☑ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ Yes ☑ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are nonincidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

For Paperwork Reduction Act Notice, see instructions.     Cat. No. 55988R     Form **1125-A** (Rev. 11-2018)